

**Service of Process Transmittal**
05/06/2021
CT Log Number 539509583

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | Wal-Mart Stores East, LP  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Pelaez Armando, Pltf. vs. Wal-Mart Stores East, LP, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Interrogatories, Request(s) |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 202110111CA21 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 12/02/2019 at Walmart Located at 9300 NW 77th Avenue, Hialeah Gardens, FL, 33016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/06/2021 at 12:14 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Rafael De Armas<br>Jose M. Francisco, P.A.<br>8660 West Flagler Street, Suite 100<br>Miami, FL 33144<br>305-649-2213 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/06/2021, Expected Purge Date: 05/11/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Thu, May 6, 2021 |
| Server Name: | Fred Humphries |

| | |
|---|---|
| Entity Served | WAL-MART STORES EAST, LP |
| Agent Name | B01000000392 |
| Case Number | 2021-10111 CA 21 |
| Jurisdiction | FL |



Filing # 126014117 E-Filed 05/03/2021 10:37:23 AM

                                                          IN THE CIRCUIT COURT OF THE
                                                          11TH JUDICIAL CIRCUIT IN AND FOR
                                                          MIAMI-DADE COUNTY, FLORIDA

                                                          CIRCUIT CIVIL DIVISION

                                                          CASE NO.: 2021-10111 CA 21

ARMANDO PELAEZ,

       Plaintiff,

vs.


WAL-MART STORES EAST, LP,

       Defendant.
_____/

                                        **SUMMONS**

**THE STATE OF FLORIDA:**

**TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:**

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and Request for Production in the above styled cause upon the Defendant:

                                  WAL-MART STORES EAST, LP
                By Serving its Registered Agent: CT CORPORATION SYSTEM
                          1200 South Pine Island Road
                                 Plantation, FL 33324

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is: JOSE M. FRANCISCO, P.A., 8660 Flagler Street, Suite 100, Miami, FL 33144, (305) 649-5060 within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

      **WITNESS** my hand and the seal of the Court on ____5/3/2021____, 2021.

                                                          HARVEY RUVIN
                                                          As Clerk of the Circuit Court
                                                          By: _____
                                                             DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 21- 10111CA21

ARMANDO PELAEZ,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, ARMANDO PELAEZ, sues Defendant, WAL-MART STORES EAST, LP ("WAL-MART"), and alleges:

1. This is an action for damages in excess of thirty thousand dollars ($30,000.00).

2. Plaintiff is a resident of Miami-Dade County, Florida and is otherwise *sui juris*.

3. WAL-MART is a foreign corporation authorized to do and transact business in Miami-Dade County, Florida.

4. At all times material hereto, WAL-MART owned, operated, maintained, controlled, and managed a variety store under the name "Walmart" located at 9300 NW 77th Avenue, Hialeah Gardens, Florida 33016 (the "Premises").

5. On or about December 2, 2019, Plaintiff was a business invitee at the Premises when he slipped and fell on a liquid substance that was negligently left on the floor for an unreasonable length of time, and which was a condition that occurred frequently on the floor in the area where he fell.

6.      Venue is proper in this Court as WAL-MART conducts its business operations within Miami-Dade County, Florida and the incident giving rise to this action occurred in Miami-Dade County, Florida.

## *COUNT I – NEGLIGENCE*

Plaintiff re-alleges and readopts paragraphs one (1) through six (6) above as if fully set forth herein and further alleges:

7.      WAL-MART owed Plaintiff a duty to maintain the Premises in a reasonably safe condition and warn of hazardous conditions therein.

8.      WAL-MART breached its duty of care owed to Plaintiff by committing one or more of the following negligent acts or omissions:

   a)   allowing a dangerous and defective condition to be created and/or to remain on the premises in the form of a liquid substance on the floor in an area where the general public is expected to walk through;

   b)   failing to maintain the premises to prevent Plaintiff from encountering said dangerous condition;

   c)   failing to warn Plaintiff of said dangerous condition when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

   d)   failing to inspect the Premises in a reasonable manner, and a reasonable inspection would have revealed the dangerous condition;

   e)   failing to take appropriate measures to prevent the dangerous condition;

   f)   failing to implement proper safety measures to prevent injury to the Plaintiff;

   g)   failing to remove the known dangerous condition.

9.      As a direct and proximate result of WAL-MART's negligence, Plaintiff was injured in and about his body and extremities, and has suffered therefrom pain and suffering, disability,

Case No.:
Page 3 of 3

disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense and hospitalization, medical and nursing care treatment, loss of earnings, loss of earning capacity, and aggravation of a previously existing condition. These losses are either permanent or continuing in nature and the Plaintiff will suffer the said losses in the future.

**WHEREFORE**, Plaintiff, ARMANDO PELAEZ, demands judgment for damages against Defendant, WAL-MART STORES EAST, LP, together with costs allowed by law, and demands a trial by jury on all issues so triable.

> JOSE M. FRANCISCO, P.A.
> Attorneys for Plaintiff
> 8660 West Flagler Street
> Suite 100
> Miami, Florida 33144
> Tel: (305) 649-2213 Ext. 1018
> Primary: rafael@jmflawyers.com
> Secondary: litigationsec5@jmflawyers.com
>
>
> BY:  /s/ Rafael De Armas
>         RAFAEL A. DE ARMAS
>         Fla. Bar #117671