UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22092-JLK

ARMANDO PELAEZ

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## ORDER OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and in accordance with the reasoning stated in the Court's Order Granting Defendant's Motion for Summary Judgment (DE 18), it is hereby **ORDERED, ADJUDGED, and DECREED** that **FINAL JUDGMENT** is entered in favor of Defendant and against Plaintiff. The above-captioned case is hereby **DISMISSED**. All pending motions are **DENIED as moot**. The Court retains jurisdiction to consider motions regarding fees and costs (if any are filed). The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of July, 2022.

                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE

cc:    **All counsel of record**